374 A.2d 704

Commonwealth, Appellant, v. Hipple.

Argued March 22, 1977. Robert F. Banks, First Assistant District Attorney, with him Allen E. Ertel, District Attorney, for Commonwealth, appellant; No appearance entered nor brief submitted for appellee.

Order affirmed.